# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CIVIL ACTION NO. 1:13-CV-100 |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **KIMBERLY D. BARGES,** : | |
| **Defendant** : | |

## **O R D E R**

AND NOW, this 28th day of March, 2013, it appearing by plaintiff's motion (Doc. 4) and affidavit, to the satisfaction of the Court, that the defendant, KIMBERLY D. BARGES, cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Mortgage Foreclosure, the object of which is to foreclose on a real estate mortgage held by the plaintiff, against real property located within the Middle District of Pennsylvania, situated at 111 Walleye Drive, Shippensburg, PA 17257, it is hereby ORDERED that said motion is GRANTED. The Summons and Complaint in Mortgage Foreclosure may be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed, in accordance with F.R.C.P. 4(e)(1) and Pa. R.C.P. 430(a) and 410(c)(2), and by regular and certified mail addressed to Defendant at the mortgaged property and to

Defendant's last known address. Service of the Notice of Sale may be accomplished in like manner. Service shall be completed upon posting or upon mailing, whichever occurs later.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge